Ο AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF               MASSACHUSETTS

UNITED STATES OF AMERICA

**NOTICE**

V.

KACEY JONES                              CASE NUMBER:   04-30055-MAP

TYPE OF CASE:

☐ **CIVIL**   :   **CRIMINAL**

: **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street<br>Springfield, MA 01103 | Courtroom Three |
| | DATE AND TIME |
| | February 18, 2005, at 11:30 a.m. |

TYPE OF PROCEEDING

INITIAL APPEARANCE AND ARRAIGNMENT

9 **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | | |

TONY ANASTAS, CLERK
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

February 10, 2005                              /s/ Bethaney A. Healy
DATE                                           (BY) DEPUTY CLERK

TO:   All counsel of record