UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
)
    v. ) Criminal No. 04-30055-MAP
)
)
KACEY JONES, )
    Defendant )

INTERIM SCHEDULING ORDER
April 13, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial Status Conference this day:

1. An interim status conference will be held on May 16, 2005, at 1:30 p.m. in Courtroom III.

2. On or before the close of business, May 12, 2005, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

IT IS SO ORDERED.

                    /s/   Kenneth P. Neiman
                    KENNETH P. NEIMAN
                    U.S. Magistrate Judge