UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
vs. ) NO. 04-30055-MAP
)
KACEY JONES )

MOTION FOR FUNDS

Now comes the defendant and respectfully requests this Honorable Court allow him to retain a private investigator to assist in preparation of this matter. The defendant requests an amount not to exceed $2,000.00 to retain forensic investigative services - Lewis Gordon Investigations.

As grounds for this request defendant states he was arrested when police entered into an apartment where several people were present. Individuals must be interviewed about the manner of police entry and the scope of the police search of the apartment; other matters related to a motion to suppress need to be investigated and statements must be taken from individuals to establish the defendant's standing.

THE DEFENDANT

BY: _____
Mark G. Mastroianni, Esq.
95 State Street, Suite 309
Springfield, Ma. 01103
(413) 732-0222
BBO #556084