UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>v.           )<br>)<br>)<br>)<br>KACEY JONES,          )<br>            Defendant   ) | Criminal No. 04-30055-MAP |

<u>FINAL STATUS REPORT</u>
May 18, 2005

NEIMAN, U.S.M.J.

The court held a final status conference this day and, pursuant to Rule 116.5(D), reports as follows:

1. All discovery as required by the Local Rules has been provided.

2. Defendant is to file his motion to suppress by August 5, 2005, to which the Government will respond by September 2, 2005.

3. An initial pre-trial conference will be held before District Judge Michael A. Ponsor in Courtroom II on September 8, 2005, at 2:30 p.m.

4. The parties estimate that a trial would take approximately three days.

5. Defendant does not intend to raise a defense of insanity or public authority.

4. The parties have agreed, and the court finds, that no time will have run on

the Speedy Trial clock through September 8, 2005. An order of excludable delay shall issue.

5. There are no other matters to report relevant to the progress or resolution of the case.

DATED: May 18, 2005

          /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge