UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) NO. 04-30044-MAP | |
| ) | |
| KACEY JONES ) | |

MOTION TO RECONSIDER

Now comes the defendant and respectfully requests this Honorable Court reconsider its denial of his third request for investigator funds.

As grounds for this request counsel states he is supplementing by way of attaching a time sheet from the investigator to justify the time spent on the case and the investigator fee.

THE DEFENDANT

BY: /s/ Mark H. Mastroianni
Mark G. Mastroianni, Esq.
95 State Street, Suite 309
Springfield, MA. 01103
(413) 732-0222
BBO #556084

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S NOTICE

The image of this document is not viewable because it is either SEALED or filed EX PARTE.