UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.   ) | NO. 30055-MAP |
| ) | |
| KACEY JONES   ) | |

AFFIDAVIT OF INVESTIGATOR IN SUPPORT OF MOTION
TO SUPPRESS

1. My name is Lewis Gordon; I am a licensed private investigator who has been retained by the defense to locate witnesses in this matter.

2. On May 15, 2005 I took a statement from an individual named David Cutler who is a maintenance worker at the apartment building and resides at the same location where the defendant was arrested.

3. Mr. Cutler identified the defendant, Kacey Jones, as being a person who had been residing with Mr. Cubi for at least 1-2 months before the police arrested him at Mr. Cubi's apartment at 49 School Street, Apt. 6.

4. Attached to my affidavit is a statement I took from Mr. Cutler.

5. I also located an individual named William Cubi and took a statement from him on 6/3/05 in which Mr. Cubi indicated he was the resident at the apartment where the police entered and arrested Kacey Jones.

6. Mr. Cubi indicated that Mr. Jones had been staying with him for approximately 4-6 weeks before the arrest and he indicated the day the police arrived Mr. Cubi did not give permission for them to enter.

7. The statement I took from Mr. Cubi is attached to my affidavit.

Signed under the pains and penalties of perjury this  11  day of August, 2005.

_____
Lewis Gordon

To Whom It May Concern,

This is a statement in reference to questions asked by Private Investigators concerning an arrest which occurred at 49 School Street, Apt #6, occupied by a William Cubi on or about _____ 2004.

* Identified suspect from Arrest Report 04-14-92-PR page 1
* I was aware of the arrest of a black male in possession of a gun and narcotics.

* The suspect was found in 49 School St. Apt #6 leased solely to William Cubi. (Bathroom)

* It is my opinion that the suspect had been staying with Mr. Cubi for a period of at least 1-2 months prior to arrest.

Signed under penalties of perjury

David G. Cole
5/15/05
Manager/Maintenance
MASSWEST LLC

Lewis H. Gordon
WITNESS

I William Cubi, D.O.B. 2/20/54, S.S.# 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 am giving this statement to Private investigator Lewis Gordon regarding the incident at my Apartment when Kacey Jones was Arrested.

This is a brief statement about the following points.

1. I William Cubi did not call the police on Kacey Jones.

2. I did not give the police permission to enter my Apartment at 49 School St. but opened the door after very hard banging and orders by the police to open the door. After the door was opened partially they walked by me and ordered me to sit in my room.

3. Kacey Jones had been temporarily staying with me for approximately 4-6 weeks, he had permission to be in my Apartment Anytime he wanted and he was staying with me on the day he was Arrested.

P. 1

I can read ENGLISH AND have reviewed this whole statement and it is the truth to the best of my knowledge.

Signed under the penalties of perjury this 3rd day of June 2005.

_William R. Culn_ — 6-3-05

_[signature]_ 6/3/05
WITNESS.