UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
vs. ) NO. 04-30055-MAP
)
KACEY JONES )

MOTION TO CONTINUE

Now comes the defendant and respectfully requests this Honorable Court continue the conference currently scheduled in this matter for 9/8/05 to another date mutually convenient to all parties.

As grounds for this request counsel states he is currently engaged in the trial of Commonwealth v. Dana White in Hampden County Superior Court (protective order attached).

THE DEFENDANT

BY:_____
Mark G. Mastroianni, Esq.
95 State Street, Suite 309
Springfield, MA. 01103
(413) 732-0222
BBO #556084

CERTIFICATE OF SERVICE

I, Mark G. Mastroianni, Esq., do hereby certify that I have served a copy of the foregoing to the Assistant United States Attorney, United States District Court, 1550 Main Street, Springfield, Ma. 01103 this 31 day of August, 2005.

_____
Mark G. Mastroianni

COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, SS.                    SUPERIOR COURT DEPARTMENT
                                OF THE TRIAL COURT
                                NO. 04-0589

COMMONWEALTH        )
                    )
vs.                 ) PROTECTIVE ORDER
                    )
DANA WHITE          )

    The Court hereby orders that Attorney Mark G. Mastroianni remain engaged in the trial of the matter of Commonwealth v. Dana White; the trial is anticipated to be conducted between August 29, 2005 through and including September 12, 2005, the trial is anticipated to be conducted every day between the regular Court hours.

    Accordingly, the above named attorney has been ORDERED that the above named case presently being tried shall take precedence over all other matters which he has scheduled or may be involved in.

_C. [signature]_
Justice
Hampden County Superior Court

Dated: 8.29.05

8/29/05