UNITED STATES FEDERAL COURT

U.S.A. JCN
~~COMMONWEALTH~~           )
                           )      NO. 04-30055-MAP ~~05-CR-30016-MAP~~
vs.                        )
                           )
~~VITO RESTO~~             )
Kacey Jones JCN

### NOTICE OF NEED FOR WITNESS/DEFENDANT TRANSPORTATION

Now comes the counsel for the defendant and notifies the court the following individuals will need transportation from the Marshall for appearance and testimony at the Motion to Suppress Hearing.

1) the defendant, Kacy Jones, is presently housed at the Souza Baranowski Correctional Center, P.O. Box 8000, Shirley, MA 01464.

2) a witness being subpoenaed by the defendant, Cleveland Burgess, is being presently housed at the Hampden County House of Correction, Ludlow, MA.

These matters are presently scheduled for Motion to Suppress Hearing on October 20, 2005 at 10:00 am.

Respectfully submitted,

BY: _____
Mark G. Mastroianni, Esq.
95 State Street - Suite #309
Springfield, MA 01103
(413) 732-0222
BBO #556084