UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA   )
                          )
vs.                       )   No. 04-30055 MAP
                          )
KACY JONES                )

REQUEST FOR TRANSPORTATION OF WITNESS

Now comes the defendant and respectfully requests this Honorable Court order the following individual be transported from the Hampden County House of Correction in order to give testimony in the above named case.

As grounds for this request counsel states this individual was present in the specific apartment at the time of the search in question.

The individual is Jay Washington.

THE DEFENDANT

BY: *[signature]*
Mark G. Mastroianni, Esq.
95 State Street, Ste 309
Springfield, Ma. 01103
(413) 732-0222
BBO #556084

CERTIFICATE OF SERVICE

I, Mark G. Mastroianni, Esq., do hereby certify that I have served a copy of the foregoing to the Assistant United States Attorney, Paul Smyth, Esq., United States District Court, 1550 Main Street, Springfield, MA. 01103 this 19th day of October, 2005.

*[signature]*
Mark G. Mastroianni