UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA    )
                            )
         v.                 )   CRIMINAL NO. 04-30055-MAP
                            )
KACEY JONES,                )
     Defendant.             )
                            )
```

### THE GOVERNMENT'S MOTION FOR AN ORDER OF EXCLUDABLE DELAY
(Assented to)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves for an order of excludable delay under the Speedy Trial Act, 18 U.S.C. §3161.  In support of this motion, the government states that Counsel for Defendant, Attorney Mark Mastroianni has requested further time to meet with the Defendant to discuss the posture of the Defendant's case after the Court's denial of the Defendant's motion to suppress.  The Defendant is presently serving a sentence at the Souza Baranowski Correctional Center in Shirley, Massachusetts.

The Defendant has assented to this motion to exclude the time from November 16, 2005 until a date convenient with the Court after December 15, 2005.  It is in the best interests of the Defendant, the government, and the public, to exclude the time from November 16, 2005 until the next scheduled date, from the period withing which the trial of this case must commence under the Speedy Trial Act.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  /s/ Paul Hart Smyth
                              _____
                              Paul Hart Smyth
                              Assistant U.S. Attorney


Dated: November 21, 2005
```

CERTIFICATE OF SERVICE

Hampden, ss.                              Springfield, Massachusetts
                                          November 21, 2005

    I, Paul Hart Smyth, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mail to Attorney Mark Mastroianni, 95 State Street, Springfield, MA.


                                          /s/ Paul Hart Smyth
                                          Paul Hart Smyth
                                          Assistant U.S. Attorney