UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) NO. 04-30055-MAP |
| | ) |
| KACEY JONES | ) |

**MOTION TO BE PROVIDED WITH TRANSCRIPT OF TESTIMONY (REQUEST FOR FUNDS FOR TRANSCRIPT)**

Now comes the defendant and respectfully requests this Honorable Court allow funds to be expended for the transcripts of the Motion to Suppress to be produced for the defendant.

As grounds for this request the defendant states;

Both police and civilian witnesses testified at the Motion to Suppress regarding issues which will be subject to exploration at the trial of this case. As the Motion to Suppress was denied these prior recorded statements are expected to be helpful in the presentation of the defense case and in cross-examination of Government witnesses.

The defendant requests the transcript of all witness testimony taken at the Suppression Hearing held on 10/20/05.

Respectfully submitted,

THE DEFENDANT

BY: /s/ Mark G. Mastroianni
Mark G. Mastroianni, Esq.
95 State Street - Suite #309
Springfield, MA 01103
(413) 732-0222
BBO #556084

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) NO. 04-30055-MAP |
| | ) |
| KACEY JONES | ) |

**AFFIDAVIT IN SUPPORT OF MOTION TO BE PROVIDED WITH TRANSCRIPT OF TESTIMONY (REQUEST FOR FUNDS FOR TRANSCRIPT)**

1. My name is Mark G. Mastroianni and I am an attorney licensed to practice in Massachusetts. I represent the defendant in the above entitled matter.

2. The Motion to Suppress was conducted on 10/20/05 and testimony taken from both police and civilian witnesses.

3. It is my belief that all witnesses gave testimony on issues that will be raised and argued at trial. If I was privately retained I would be advising my client to pay for the transcribed testimony of the witnesses both to prepare a defense and use for potential impeachment of Government witnesses.

4. I have found prior recorded statements, in the nature of prior testimony, to be extremely useful tools in the defense of individuals charged with crimes.

5. In this matter I have accepted a court appointment and am, therefore, seeking the court allow funds for the transcription.

Signed under the pains and penalties of perjury this 22ND day of November 2005.

/s/ Mark G. Mastroianni
Mark G. Mastroianni