UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**

**CASE NO.   04-30055- MAP**

V.

**KACEY JONES**

### NOTICE OF HEARING

PLEASE TAKE NOTICE that the above-entitled case has been   set  for a STATUS CONFERNECE   on 12/7/05   at 3:00 p.m.   before Michael A. Ponsor, U.S. D.J   In   Courtroom #   1   on the   5th   floor.

SARAH THORNTON
CLERK OF COURT

11/29/05
Date

By: /s/ Elizabeth A. French
Deputy Clerk

Notice sent to:

All counsel of record via mail and electronically

(Notice of Hearing.wpd - 7/99)                    [kntchrgcnf.]
                                                   [ntchrgcnf.]