UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) 04-30055-MAP |
| | ) |
| KACEY JONES | ) |

**MOTION TO CHANGE EXPERT FOR MENTAL HEALTH EVALUATION**

Now comes the defendant and respectfully requests this Honorable Court allow his previous motion for Mental Health Evaluation funds apply to retaining Dr. Charles Powers.

As grounds for this request, the defendant states he previously filed a motion for funds naming Dr. Howard Lester as the individual who would be retained. Dr. Lester is unavailable, due to scheduling matters, and the defendant is requesting that alternatively, Dr. Charles Powers be retained with the funds initially approved by the court.

THE DEFENDANT

BY: /s/ Mark G. Mastroianni
Mark G. Mastroianni, Esq.
95 State Street, Suite 309
Springfield, MA. 01103
(413) 732-0222
BBO #556084

CERTIFICATE OF SERVICE

I, Mark G. Mastroianni, Esq., do hereby certify that I have served a copy of the foregoing via CM/ECF to the Assistant United States Attorney, Paul Smyth, United States District Court, 1550 Main Street, Springfield, Ma. 01103 this 13th day of January 2006.

/s/ Mark G. Mastroianni