UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) NO. 04-30055-MAP |
| | ) |
| KACEY   JONES | ) |

**DISCOVERY REQUEST (STATEMENTS/ REPORTS REGARDING INTERVIEW OF CASSANDRA EMERY)**

    Now comes the defendant and respectfully requests this Honorable Court order the Government provide the defendant with all statements taken, or reports generated relative to the individual named Cassandra Emery.

    As grounds for this request the defendant states a defense investigator has been informed within the last several days that Ms. Emery was served with some type of process which required her to appear in the Federal Court where she was interviewed by Federal Investigators. Specifically the defendant believes this individual was interviewed regarding her knowledge of the defendant's prior possession of the firearm at issue in this case as well as other related issues.

    The defense believes this individual to be a potential witness and requests detailed information of the interview be provided.

Respectfully submitted,

THE DEFENDANT


BY: /s/ Mark G. Mastroianni
95 State Street - Suite 309
Springfield, MA 01103
(413) 732-0222
BBO #556084

CERTIFICATE OF SERVICE

    I, Mark G. Mastroianni, Esq., do hereby certify that I have served a copy of the foregoing via CM/ECF to Attorney Paul Smyth, 1550 Main Street, Springfield, MA 01103 this 10 day of March 2006.

/s/ Mark G. Mastroianni