UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) |
| vs. | ) NO.  04-30055-MAP |
|  | ) |
| KACEY   JONES | ) |

**FINAL REQUEST FOR INVESTIGATOR FUNDS**

    Now comes the defendant and respectfully requests this Honorable Court allow funds to be granted in the amount of $1,868.00. This is the final amount due on the investigator's fee for work on this case.

    There is a balance remaining out of prior funds that were allocated in the amount of $850.00. The investigator's final bill (attached) is $2,718.75 after subtracting the amount still available to the investigator of $850.00, the balance due is $1,868.75.

THE DEFENDANT,

BY: /s/ Mark G. Mastroianni
95 State Street - Suite 309
Springfield, MA 01103
(413) 732-0222
BBO #556084

# INVESTIGATIVE AND FORENSIC SERVICES, L.L.C.
## [COMMONWEALTH vs. KACEY JONES]

| Date of Service | Description | Number of Hours | Hourly Rate | Total |
|---|---|---|---|---|
| 8/13/05 | To Clerk's Office and meeting with Attorney Mastroianni | 1.0 | $75.00 | $75.00 |
| 9/21/05 | To Springfield to locate witnesses and interviews (2 investigators @1.25 hrs.) | 2.5 | $75.00 | $187.50 |
| 9/21/05 | Meeting with Attorney Mastroianni | .75 | $75.00 | $56.25 |
| 9/21/05 | Develop photographs | N/C | $75.00 | $0.00 |
| 9/29/05 | To Springfield to interview witness and locate records | 1.25 | $75.00 | $93.75 |
| 10/14/05 | Meeting with Attorney Mastroianni | N/C | $75.00 | $0.00 |
| 10/17/05 | Meeting with Attorney Mastroianni | .25 | $75.00 | $18.75 |
| 10/18/05 | To Springfield to locate and interview witness | 2.0 | $75.00 | $150.00 |
| 10/18/05 | To Holyoke to locate and interview witness (2 investigators @ 1.0 hrs.) | 2.0 | $75.00 | $150.00 |
| 10/18/05 | To Springfield to locate witness ( 2 investigators @ 1.25 hrs.) | 2.5 | $75.00 | $187.50 |
| 10/18/05 | Call to witness | N/C | $75.00 | $0.00 |
| 10/18/05 | Return to Springfield, interview and serve witness ( 2 investigators @ .75 hrs.) | 1.50 | $75.00 | $112.50 |
| 10/19/05 | Telephone conversation with Attorney Mastroianni | N/C | $75.00 | $0.00 |
| 10/19/05 | Call to witness | N/C | $75.00 | $0.00 |
| 10/20/05 | To Springfield to pick up witness, To Federal Court - motion to suppress, Meeting with Attorney Mastroianni and client | 4.25 | $75.00 | $318.75 |
| 10/20/05 | Call to witness | N/C | $75.00 | $0.00 |
| 10/23/05 | To Springfield- 3 locations, interview 4 witnesses, photograph and measure scene (2 investigators @2.25hrs.) | 4.5 | $75.00 | $337.50 |
| 12/12/05 | To Ludlow correctional facility to locate witnesses | 1.0 | $75.00 | $75.00 |
| 12/12/05 | Call to Attorney Mastroianni | N/C | $75.00 | $0.00 |
| 12/31/05 | Computer research | .25 | $75.00 | $18.75 |
| 12/31/05 | To Springfield to locate witness (2 investigators @ 1.0) | 2.0 | $75.00 | $150.00 |
|  |  | 25.75 |  | 1912.5 |

# INVESTIGATIVE AND FORENSIC SERVICES, L.L.C.

## [COMMONWEALTH vs. Kacey Jones]

| Date of Service | Description | Number of Hours | Hourly Rate | Total |
|---|---|---|---|---|
| 1/2/06 | Interview landlord and workers (2 investigators @ 1.0) | 2.0 | $75.00 | $150.00 |
| 1/4/06 | Meeting with Attorney Mastroianni | N/C | $75.00 | $0.00 |
| 1/6/06 | Computer research to locate witness | .5 | $75.00 | $37.50 |
| 2/26/06 | Telephone conversation with Attorney Mastroianni | .25 | $75.00 | $18.75 |
| 2/27/06 | Meeting with Attorney Mastroianni | N/C | $75.00 | $0.00 |
| 2/27/06 | To Ludlow - meeting with client | 1.75 | $75.00 | $131.25 |
| 2/28/06 | To Superior Court to locate records of witness and interview witness, 2 phone calls to Attorney Mastroianni | 1.5 | $75.00 | $112.50 |
| 3/1/06 | Meeting with Attorney Mastroianni | .25 | $75.00 | $18.75 |
| 3/5/06 | To Chicopee to locate witness (2 investigators @ .5) | 1.25 | $75.00 | $75.00 |
| 3/8/06 | To Chicopee to interview witness | 1.25 | $75.00 | $93.75 |
| 3/8/06 | Computer research to locate witness | .25 | $75.00 | $18.75 |
| 3/9/06 | Telephone conversation with Attorney Mastroianni | .25 | $75.00 | $18.75 |
| 3/9/06 | Telephone conversation with witness | N/C | $75.00 | $0.00 |
| 3/9/06 | Telephone conversation with witness | .25 | $75.00 | $18.75 |
| 3/11/06 | Listen to recordings | 1.0 | $75.00 | $75.00 |
| 3/12/06 | 2 Telephone conversations with Attorney Mastroianni | N/C | $75.00 | $0.00 |
|  |  |  | $75.00 |  |
|  |  |  | $75.00 |  |
|  |  |  | $75.00 |  |
|  |  |  | $75.00 |  |
|  | TOTAL | 36.25 | $75.00 | $2,718.75 |